**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1029**

In Re: MICHAEL S. GORBEY, a/k/a Michael S. Owlfeather-Gorbey,

      Petitioner.

On Petition for Writ of Mandamus.
(7:16-cv-00455-JLK-RSB; 7:16-cv-00522-JLK-RSB; 7:16-cv-00544-JLK-RSB)

Submitted: March 30, 2017                  Decided: April 5, 2017

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Michael S. Gorbey, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael S. Gorbey petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his Fed. R. Civ. P. 59(e) motions for reconsideration. He seeks an order from this court directing the district court to act. Our review of the district court's dockets reveals that the district court entered orders on January 3, 2017, denying the three motions identified in Gorbey's petition. Accordingly, because the district court has recently decided Gorbey's motions, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*